IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Karen Moore
421 Oxford Rd.
Ladson, SC 29456

VS.

**Complaint**

ABC News
77 W 66th Street 100
New York, NY 10023-6298

Civil Case No. 2:13-CV-3032-RMG-BM

The Federal Courts have jurisdiction because my complaint regard a US registered copyright I hold of a book called Charleston in Pictures. I believe the infringement took place in Charleston, SC in that the information had to pass through one of the server stations in that area.

Allegation 2

I suffered an intellectual property theft in 2011(See Exhibit A) and reported it to the copyright office along with my copyright. ABC affiliate WCIV in Charleston, SC had a camera shot that was identical to a photo that was in my picture book, Charleston in Pictures, by K.T. Moore in a news broadcast that aired in 2011. They violated my copyright by diluting any financial gain I could get selling the book. WCIV had a duty of care to make sure that the images that show in their broadcasts are not in violation of anyone's copyrights.

The registration number of the Copyright is TXu 1-789-616 (Copy in Exhibit B).

Relief Sought:

I am seeking $451,000 in that there is case precedence of such wins of this amount. I am also asking for any other damages punitive or otherwise that can be awarded be granted.

_____
Karen Moore
421 Oxford Rd.
Ladson, SC 29456
843-751-8996